## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DING GU, derivatively on behalf of nominal defendant, GREENLAND TECHNOLOGIES HOLDING CORPORATION,<br><br>      Plaintiff,<br><br>vs.<br><br>PETER ZUGUANG WANG, RAYMOND WANG, MING ZHAO, CHARLES ATHLE NELSON, EVERETT XIAOLIN WANG, FRANK SHEN, and CENNTRO HOLDING, LTD.,<br>      Defendants,<br><br>and<br><br>GREENLAND TECHNOLOGIES HOLDING CORPORATION,<br><br>      Nominal Defendant. | Civil Action No.: 24-4348 (MAS)(JBD)<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE IN RESPONSE TO THE FIRST AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Plaintiff, DING GU, and attorneys for the Defendants, PETER ZUGUANG WANG, RAYMOND WANG, MING ZHAO, CHARLES ATHLE NELSON, EVERETT XIAOLIN WANG, and FRANK SHEN, and Nominal Defendant, GREENLAND TECHNOLOGIES HOLDING CORPORATION, that the time for Defendants to answer or otherwise move in response to Plaintiff's First Amended Complaint be and is hereby extended to July 8, 2024; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that service of process has been accepted by counsel for defendant, MING ZHAO, thereby rendering Plaintiff's motion for alternative service of process (ECF #5) moot, and Plaintiff has therefore agreed to withdraw this motion.

Dated:  May 22, 2024

| | |
|---|---|
| **O'TOOLE SCRIVO, LLC** | **McCARTER & ENGLISH, LLP** |
| By:/s/ *James DiGiulio* <br>    James DiGiulio <br>    14 Village Park Road <br>    Cedar Grove, NJ 07009 <br>    (973) 239-5700 <br><br>    *Attorneys for Defendants Peter Zuguang   Wang, Raymond Wang Ming Zhao, Charles Athle Nelson, Everett Xiaolin Wang, and Frank Shen, and Nominal Defendant Greenland Technologies Holding Corporation* | By: /s/ *Travis Ferguson* <br>    Travis Ferguson <br>    Four Gateway Center <br>    100 Mulberry Street <br>    Newark, NJ 07102 <br>    (973) 639-4444 <br><br>    *Attorneys for Plaintiff, Ding Gu* |

**So Ordered this 23rd Day of May, 2024.**
**The Clerk is directed to terminate the**
**motion at [Dkt. 5] as withdrawn.**

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE